## Augustyniak, Timothy Allen (MM) (FBI)

**From:** Telegram <content-referral-u1@telegram.org>
**Sent:** Wednesday, November 19, 2025 12:03 PM
**To:** Augustyniak, Timothy Allen (MM) (FBI)
**Cc:** Murphy, Brian Christopher (MM) (FBI)
**Subject:** [EXTERNAL EMAIL] - Re: FBI Subpoena for Records

Dear Sir or Madam,

You are receiving this message because earlier you have submitted a request to Telegram. Thank you for your patience. This email address content-referral-u1@telegram.org is Telegram’s non-public contact point for requests made by law enforcement or judicial authorities in the United States.

Please be advised that due to Telegram's technical structure a phone number is generally required to obtain from the system the private data of users. However, sometimes a username or a Telegram ID can be a valid query key for obtaining private user information nonetheless, such as in cases when additional logging could be enabled following an official data disclosure request or if the account in question has been previously subject to moderation.

For this particular case, the following information was available:

User #5843113761 @Bbbbbbb139b : +17869185589 [B B]
IP 73.56.40.13, 19 Nov 2025 12:20:59

All timestamps are in UTC and reflect the last login time of the account in question. We hope this information will be helpful in your investigation.

Such data items as email cannot be used as a query key for private user information which, as a general rule, can be obtained with the knowledge of the phone number. Alternatively, if the phone number is unknown, Telegram IDs or usernames can be used to locate user information in question. We kindly ask you to provide this alternative information in order for us to attempt the identification of the account in question.

Kind regards,
The Telegram Team

**Legal statement**
*We have reviewed your request for information which was sent to us by email to content-referral-u1@telegram.org. In keeping with our desire to cooperate with competent authorities when consistent with laws applicable to us, we are voluntarily providing this reply and / or the enclosed information. In doing so, we (i) are not representing that this is a full and complete response to the requests you have made, as the case may be; (ii) are not conceding that we are subject to U.S. jurisdiction for this or any other request or any purpose; (iii) are not conceding that we were properly served with this request; and (iv) are not committing to provide any additional information in response to this request or any other request.*

On Monday, Oct 27, 2025 at 8:30 PM, Timothy Augustyniak <taaugustyniak@fbi.gov> wrote:

Good afternoon,

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 25-CR-80208-AMC
EXHIBIT NO. GX11

Please see the attached subpoena. Feel free to contact me with any questions.

v/r,

Tim Augustyniak

Special Agent

FBI Miami

Cell: 954-551-7124